COLONIAL TRUST COMPANY, as Successor Trustee under a Trust Indenture Made by MADISON AVENUE OFFICES, INC., Respondent, *v.* 342 MADISON AVENUE CORPORATION et al., Appellants, Impleaded with Others.

Argued October 18, 1939; decided November 14, 1939.

*George Levitus* and *Arthur P. West* for appellants.

*Elmer B. Sanford* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.